## United States Distrit Court- Eastern District of Kentucky- London

**Kathrin Arnwine-Putney- 1188 Old Salem School Rd. London, KY 40741**

*Versus*

**Donald Trump and JD Vance**

### GRIEVANCE

Eastern District of Kentucky
FILED
FEB 03 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

In accordance with my First Amendment right to petition this government for a redress of my grievance. I state the following:

On January 6, 2021 Donald Trump engaged in insurrection.

Since January 6, 2021 Donald Trump and JD Vance have given aid and comfort to insurrectionists. Most recently he pardoned those who pled guilty or were found guilty of insurrection.

The 14th Amendment forbids the defendants from holding their respective offices. Therefore I demand that Donald Trump and JD Vance be declared illegitimate holders of their office and removed therefrom.

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." (US Const. 1st Amendment)

"No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability." (US Const. Sec. 3 14th Amendment)

*[Signature]* 2/3/25